UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:  CASE NUMBER: 22-30954
ERNEST LEROY HALE JR  CHAPTER 13
Debtor

## SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on April 14, 2023

On September 21, 2022, Ernest Hale Jr, by counsel, filed the Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller was the only party in interest who timely filed an objection to confirmation of the Debtor's Plan. On April 13, 2023, the Court held a hearing on confirmation of the Plan at which time Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtor, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtor's Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal, discharge, or further Order from the Court.

3. Debtor will provide their attorney and the Trustee a copy of the federal and state tax returns required under applicable law at the same time they file the return with the

taxing authority to comply with 11 U.S.C. § 521(f)(1) and turn over the required amount of refunds due under the confirmed plan within 14 days of receipt.

4. Debtor represents that all post-petition domestic support obligations are current.

5. The Debtor shall pay all domestic support arrears, in full, during the Plan term, as follows:

    a. Claim 12: The Debtor is paying $70.00 per week toward his arrearage through a wage withholding order, and will pay an estimated total of $9100.00 directly on this claim before the remaining claims are paid in full. The remaining balance shall be paid through the Trustee conduit.

6. Debtor acknowledges that all DSO arrears must be paid in full in order to receive a discharge.

All other provisions of the Debtor's Plan not in conflict with the foregoing modifications remain in full force and effect. The Court further orders that the Debtor's attorney is awarded a fee of $4,000.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $4,000.00 is due and payable from the estate.

APPROVED:

/s/ Katherine E. Iskin  
Katherine E. Iskin (33679-71),  
Staff Attorney for Debra L. Miller  
PO Box 11550  
South Bend, IN  46634  
(574) 254-1313  

/s/Lavita Ball  
Attorney for Debtor  
55 East Monroe Street  
Suite 3400  
Chicago, IL 60603  
(866) 925-1313  

SO ORDERED.

*Paul E. Singleton*  
HON. PAUL E. SINGLETON, JUDGE  
UNITED STATES BANKRUPTCY COURT